FILED

MAY 1 6 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| VICKEY M. VILLEGAS, ) | Case No. CV 12-1585-JFW (MLG) |
|       Plaintiff, ) | |
|       v. ) | JUDGMENT |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
|       Defendant. ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: May 16, 2012

_____
John F. Walter
United States District Judge